# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIAM E. HAWKINS**  **PLAINTIFF**
Reg. # 00210-025

**VS.**  **2:09CV00123 WRW/BD**

**UNITED STATES BUREAU OF PRISONS**  **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE